UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY -2 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| FREDERICK BANKS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DR. KATHLEEN LAWSON, *et al.*, )<br>)<br>Respondents. ) | Misc. No. 08-277 |

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that petitioner's application to proceed *in forma pauperis* is DENIED pursuant to 28 U.S.C. § 1915(g). Petitioner is enjoined from bringing an action *in forma pauperis* absent a showing that he is under imminent danger of serious physical injury at the time he files any new action. It is further

ORDERED that this action is DISMISSED WITHOUT PREJUDICE to petitioner refiling a petition for which he pays the filing fee in full at the outset.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: 4/30/08

United States District Judge