UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY -2 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| FREDERICK BANKS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Misc. No. 08-277 (RCL) |
| | ) |
| DR. KATHLEEN LAWSON, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

Pursuant to the Prison Litigation Reform Act ("PLRA"), a prisoner may not proceed *in forma pauperis* if while incarcerated he has filed at least three prior cases that were dismissed as frivolous, malicious, or for failure to state a claim. 28 U.S.C. § 1915(g); *see Ibrahim v. District of Columbia*, 463 F.3d 3, 6 (D.C. Cir. 2006); *Ibrahim v. District of Columbia*, 208 F.3d 1032, 1033 (D.C. Cir. 2000); *Smith v. District of Columbia*, 182 F.3d 25, 29 (D.C. Cir. 1999). There is an exception for a prisoner who shows that he "is under imminent danger of serious physical injury" at the time he files suit. 28 U.S.C. § 1915(g).

Petitioner has accumulated more than "three strikes" for purposes of the PLRA. *See Banks v. Unknown Williams*, No. 5:07-cv-226, 2008 WL 544946, at *1 (S.D. Miss. Feb. 21, 2008) (noting that plaintiff had accumulated at least four "strikes" for purposes of § 1915(g)); *Banks v. Unknown Duckworth*, No. 5:07-cv-214 (S.D. Miss. Dec. 7, 2007) (denying *in forma pauperis* status under § 1915(g) and ordering plaintiff to pay filing fee); *Banks v. Crockett*, No. 1:07-cv-1019, 2007 WL 1655504, at *2 (M.D. Pa. June 7, 2007) (taking judicial notice of three

civil actions filed in the Western District of Pennsylvania and one civil action filed in the Middle District of Pennsylvania dismissed as legally frivolous or for failure to state a claim upon which relief can be granted). In this action, petitioner does not allege that he is in imminent danger of serious physical injury, and, therefore, does not otherwise qualify for *in forma pauperis* status. He is not barred entirely from proceeding with his claims, however. A prisoner whose *in forma pauperis* application is denied pursuant to § 1915(g) "may proceed under the fee provisions of 28 U.S.C. §§ 1911-14 applicable to everyone else." *Magee v. Flores*, No. C 06-3851, 2007 WL 951824, at *1 (N. D. Cal. Mar. 28, 2007) (citing *Adepegba v. Hammons*, 103 F.3d 383, 388 (5th Cir. 1996)).

Accordingly, petitioner's application to proceed *in forma pauperis* will be denied, and this action will be dismissed without prejudice to petitioner asserting the same claims in a petition for which he pays the filing fee in full at the outset. *See Adepegba v. Hammons*, 103 F.3d at 388. An Order consistent with this Memorandum Opinion will be issued separately on this same date.

SO ORDERED.

*[signature]*
United States District Judge

DATE: 4/30/08

United States District Court
for the District of Columbia

~~Unless Post of attorney for Plaintiff~~

~~Brought~~ Frederick Banks, ~~Esquire~~
PO Box 5000
Yazoo City, MS 39194, Petitioner

Civil Action No.

v.

Dr. Kathern Lawson                    Director, Federal Bureau of
2225 Haley Barbour Parkway      +    Prisons, 320 First St., NW
Yazoo City, MS 39194                  Washington, DC 20534
Federal Bureau of Prisons,
                                      Respondents.

## WRIT OF MANDAMUS, AND WRIT OF GARNISHMENT

**Background**

Frederick Banks, an attorney at law, admitted to practice in an Indian tribal court in the State of Pennsylvania, with offices at 613 Cross Street, East McKeesport Pennsylvania 15035, under penalty of perjury duly affirms, pro se.

1. I am proceeding Pro se in this action ~~have been asked to represent petitioner Anwass Pabeh in this action. These claims were assigned from myself to Petitioner. Petitioner was designated as one of the appointees to handle certain affairs during the term of my incarceration.~~

2. I make this affirmation in support of an application for garnishment relief through the administrative procedures act 5 USC § 706 compelling the Director of the Federal Bureau of Prisons to garnish the wages of Dr. Kathern Lawson, a psychologist at FCC Yazoo City (low) until she produces the following items she stated she sent to me through the mail, but which I have never received even after I issued a second request. 1. Two Cop out requests requesting Privacy Act files on myself 2. A note that Lawson placed in my file during an interview. All of these documents are disclosable effects that I was promised by Lawson and am entitled to under the Privacy Act.

"An inmate request to staff member must be answered within 5 days." CMC Dalton. Here, Lawson stated that the items were sent yet I never received them. At that point I issued another written request for the effects. This request was never answered, and/or I never received the reply. A few days later another inmate told me that Dr. Lawson rolled her eyes and sneered when my name came up. Thus, I have sufficient reason to believe that Lawson is withholding my personal effects. The only way to assure that I will receive these papers is for the court to issue this writ of garnishment in the amount of $25,000 against respondents until they have delivered up my papers. In the event papers are not delivered up the court should order that the Respondents deliver up petitioner or in the alternative withhold the earnings of respondents by 25% of

RECEIVED
MAR 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### Jurisdiction

This Court has jurisdiction to issue the requested writs pursuant to 28 USC § 1651.

### Conclusion

The Petition for a writ of mandamus and Garnishment should be granted compelling the director and federal bureau of prisons to garnish the wages of Dr. Kathern Lawson until such a time she delivers up Bank's personal papers and effects.

WHEREFORE, The Petitioner respectfully requests that the foregoing Petitions be granted.

Respectfully Submitted,



Frederick Banks, Pro se
PO Box 5000
Yazoo City, MS 39194

Executed this 27th day of February, 2008 under the penalty for perjury 28 USC § 1746.

2

for the District of Columbia

_____ DIVISION

Frederick Banks
_____
Plaintiff/Petitioner

VS.

CIVIL ACTION NO.

United States of America;
Dr. Kathern Lawson; Mildred
Greer, et al.
_____
Defendant(s)/Respondent(s)

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED *IN FORMA PAUPERIS*

I, Frederick Banks, declare that I am the plaintiff/petitioner in the above-captioned proceeding; that in support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; and, that I believe that I am entitled to redress.

I further declare that the responses which I make to the questions and instructions below are true.

1. Are you presently employed?   ☑ Yes   ☐ No
    a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. FBOP PO Box 5050, Yazoo City, MS 39194
    b. If the answer is no, state the date of you last worked and the amount of salary or wages per month which you received. _____

2. Have you received within the past TWELVE (12) MONTHS any money from any of the following sources?
    a. Business, profession, or form of self-employment?   ☐ Yes   ☑ No
    b. Pensions, annuities, or life insurance payments?   ☐ Yes   ☑ No
    c. Rent payments, interest, or dividends?   ☐ Yes   ☑ No
    d. Gifts or inheritances?   ☑ Yes   ☐ No
    e. Any other sources?   ☐ Yes   ☑ No

If the answer to any of the above is yes, describe each source of money received and state the amount received from each during the past TWELVE (12) MONTHS. 50.00

RECEIVED
MAR 31 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Do you have any cash, or do you have money in a checking or savings account or prison account? (you must attach a certificate from prison authorities if you have money in a prison account)

☑ Yes    ☐ No    If yes, how much do you have? $ 1.92

4. Do you own any real estate (house and/or property), stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household goods and furnishings?    ☐ Yes    ☑ No

   a. If the answer is yes, describe the property and state its approximate value.
   
   _____
   _____

   b. If the answer is yes, list any mortgages, liens, or loans against the property and state the amount you owe. _____
   
   _____
   _____

5. List the persons who are dependent upon you for their support. State your relationship to those persons and indicate how much you contribute toward their support. __No one_____
   
   _____

Signed this 27th day of March, 2008.

_____
SIGNATURE OF PLAINTIFF/PETITIONER

## DECLARATION UNDER PENALTY OF PERJURY

YOU MUST DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS YOU HAVE GIVEN HEREIN ARE TRUE AND CORRECT. GIVING A FALSE ANSWER OR FALSE INFORMATION IN RESPONSE TO ANY QUESTION WILL SUBJECT YOU TO <u>FEDERAL PERJURY CHARGES</u>. 18 U.S.C. §1621 PROVIDES AS FOLLOWS:

*Whoever --*

*. . . .*

*(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;*

*is guilty of perjury and shall, except as otherwise expressly provided by law, be fined not more than $2,000 or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.*

Understanding the above, I declare under penalty of perjury that the foregoing answers and information provided by me in support of my request to proceed *in forma pauperis* are true and correct.

Executed this 27th day of March, 2008.

_____
SIGNATURE OF PLAINTIFF/PETITIONER

MAR 31 2008
Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia