UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREDERICK BANKS,  )
    Petitioner,  )
       v.  ) MC No. 08-277 (RCL)
DR. KATHERIN LAWSON, et al.,  )
    Respondents.  )

## MOTION FOR RECONSIDERATION; AND NOTICE OF APPEAL

Petitioner Frederick Banks ("Banks") notifies the Court and the parties that he appeals the Dismissal Order of the District Court entered on or about 4/30/08 and received on June 2, 2008 from the Clerk's office in an envelope post marked May 28, 2008 to the United States Court of Appeals for the DC Circuit. On Appeal Banks moves the Court of Appeals to construe the Notice of Appeal as a petition for a Writ of Mandamus and consider the following issues:

Banks sought in this case a writ of Mandamus and other relief. This Court clearly erred in dismissing this action in a few ways. First, the Court should not have dismissed the action without giving Banks an opportunity to pay the filing fee. See Banks v. Unknown Williams, No. 5:07-cv-226, 2008 WL 544946, at *1 (S.D. Miss. Feb 21, 2008).

Second, Banks is not under the provisions of the Prison Litigation Reform Act in a Mandamus Action and thus the three strike provision of the PLRA did not apply. 28 USC § 1915. See Banks v. United States Attorney, 1:08CV58 LMB (ED Missouri 2008) (citing In re Phillips, 133 F.3d 770, 771 (10th Cir. 1998) (holding that the Prison Litigation Reform Act is inapplicable to mandamus actions)) Since the PLRA is inapplicable to mandamus actions the Court could not rely on 28 USC 1915 to dismiss Banks' action.

Accordingly, the Motion for Reconsideration should be granted and the petition should be served on respondents by the US Marshal and the Court should order respondents to show cause why the petition should not be granted.

WHEREFORE, the petitioner Frederick Banks respectfully requests that the foregoing petition be granted.

Respectfully submitted,

RECEIVED
JUN 6 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_/s/ Frederick Banks_
Frederick Banks,
#05711-068, IAu
PO Box 5000
Yazoo City, MS 39194

PETITIONER

Certificate of Service

I hereby certify that on this 2nd day of June, 2008 I served a true and correct copy of the foregoing by mail delivery upon the following:

Clerk, US District Court
333 Constitution Ave, NW
Washington, DC 20001

cc: all parties of record.

_/s/ Frederick Banks_
Frederick Banks