# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5199**                        **September Term 2007**

1:08-mc-00277-RCL

Filed On: July 24, 2008 [1129547]

Frederick Banks,

    Appellant

v.

Kathleen Lawson and Federal Bureau of Prisons, Director,

    Appellees

## O R D E R

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant on July 22, 2008, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                               BY:     /s/
                                                   Elizabeth V. Scott
                                                   Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis