UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREDERICK BANKS,                )
                                )
            Petitioner,         )
                                )
    v.                          )   Misc. No. 08-277 (RCL)
                                )
KATHLEEN LAWSON, *et al.*,      )
                                )
            Defendants.         )

**ORDER**

It is hereby

**ORDERED** that petitioner's motion for leave to proceed on appeal *in forma pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915(g).

SO ORDERED.

_____
ROYCE C. LAMBERTH
Chief Judge

Date: 8/6/08