UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Frederick Banks,
    Petitioner

v.

Kathleen Lawson, et al.,
    Defendants.

Misc. No. 08-277 (RCL)

## NOTICE OF APPEAL

Petitioner Frederick Banks hereby appeals the order of the district court entered on or about 8/6/08 to the United States Court of Appeals for the DC Circuit. The District Court conducted no analysis of its decision. The Appeals Court should remand the case back to the district court with an order to grant the IFP motion.

Respectfully Submitted,

*/s/ Frederick Banks*

Frederick Banks
05711-068, 1Au
PO Box 500
Yazoo City, MS 39194

Petitioner

### Certificate of Service

I hereby certify that on this 8th day of August, 2008 I served a true and correct copy of the foregoing by mail delivery upon the following:

Ms. Nancy Mayer Whittington, Clerk
United States District Court
United States Courthouse
333 Constitution Avenue, NW.
Washington, DC 20001

*/s/ Frederick Banks*
Frederick Banks

RECEIVED
AUG 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT